UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------X
MATT KARDOVICH, LILA CHUI, and CINDY
CHANG, on behalf of themselves and all others
similarly situated,

**JUDGMENT**
13-CV-7378 (RRM) (VVP)

Plaintiffs,

- against -

PFIZER, INC.,

Defendant.
----------------------------------------------------------X

A Memorandum and Order of the undersigned having been issued this day denying plaintiff's motion to filed an Amended Complaint after this Court's previous order dismissing all claims against defendant, and further directing the Clerk of Court to enter judgment accordingly and to close this case, it is

ORDERED ADJUDGED AND DECREED that plaintiffs take nothing of defendant; and that all claims brought by plaintiffs as against defendant are dismissed; and that this case is hereby closed.

Dated: Brooklyn, New York
       March 30, 2016

*Roslynn R. Mauskopf*
_____
ROSLYNN R. MAUSKOPF
United States District Judge